DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| MARY S. LINTON, Ph.D., | ) |
| | ) CASE NO.  5:02 CV 820 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) JUDGMENT ENTRY |
| STREETSBORO CITY SCHOOL | ) |
| DISTRICT BOARD OF EDUCATION, | ) |
| *et al.,* | ) |
| | ) |
| Defendants. | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, the Rule 60(b) motion for a new trial on the issue of damages is DENIED.

IT IS SO ORDERED.

| | |
|---|---|
| May 26, 2006 | *s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |